JUDGMENT                                                                         Form #1DC34

**IN THE DISTRICT COURT OF THE FIRST CIRCUIT**
**KO'OLAUPOKO____ DIVISION**
**STATE OF HAWAI'I**

JUDGMENT.X (Amended 4/18/97,8/1/97,9/26/97)v

Plaintiff(s)
GWEN E. AUYONG

Reserved for Court Use

Civil No. **1RC03-1-4589**

Defendant(s)
JASON K. BERINOBIS

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
Gwen E. Auyong
46-255 Kahuhipa Street, A1202
Kaneohe, Hawaii  96744
(808) 247-9353

Last Court Date:  August 7, 2003

## JUDGMENT

JUDGMENT is entered in favor of ☑ **Plaintiff(s) or** ☐ **Defendant(s)** as follows:

☐ Confession ☐ Trial ☐ Stipulation ☐ Other (Specify: _____)

☑ Default:  The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

**DISCONTINUED/DISMISSED AS TO:**  (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____.

### JUDGMENT

| | | |
|---|---|---|
| Principal Amount . . . . . . . . . . . . . . . . . . . . . . . | $ | 9,700.00 |
| Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Attorney's Fees . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Costs of Court . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 120.00 |
| Sheriff's Fees . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Sheriff's Mileage . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Other Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Total Judgment Amount . . . . . . . . . . . . . . . . . | $ | 9,820.00 |

Date: SEP 17 2003

GERALD H. KIBE  **S E A L**

☐ Clerk ☐ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO.** 538-5121, **FAX** 538-5233, **OR TTY** 539-4853 at least ten (10) working days in advance of your hearing or appointment date.  For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s)
on _____8/7/03_____

W. ARAKAWA  (S E A L)

Clerk, District Court of the Above Circuit, State of Hawai'i

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

Exhibit "A"