2003V00235
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THEODORE G. MEEKER   1267
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: ted.meeker@usdoj.gov

Attorneys for Respondent
Internal Revenue Service

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 6 2003

at 4 o'clock and 4 min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GWEN E. AUYONG,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JASON K. BERINOBIS,<br><br>                    Defendant.<br>_____<br><br>In re: Issuance of Garnishee<br>Summons to United States<br>Internal Revenue Service<br><br>                    Respondent.<br>_____ | CIVIL NO. 03-00629 SOM KSC<br>(Civil No. 1RC03-1-4589 in<br>In the District Court of the<br>First Circuit, Ko'olaupoko<br>Division, State of Hawaii)<br><br>ORDER DIRECTING CLERK TO ISSUE<br>WRIT OF CERTIORARI |

ORDER DIRECTING CLERK TO ISSUE WRIT OF CERTIORARI
-------------------------------------------------

The application of the Respondent United States of Internal Revenue Service, for an order directing the Clerk of this Court to issue a Writ of Certiorari to the Clerk of the District Court of the First Circuit, State of Hawaii, requiring

Exhibit "B"

the Clerk and Court to transmit to this Clerk and Court the records of the Court in the above-entitled action having been filed and this Court having considered the application and all the matters in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk of the District Court of the First Circuit, State of Hawaii, and to the Judges thereof, commanding the Clerk of the District Court of the First Circuit, to certify and transmit to this Court the record and proceedings in the above-entitled action, District Court of the First Circuit, Civil No. 1RC03-1-4589, and to include therewith all pleadings, papers, orders, transcripts, and records therein.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk and the Judges of the District Court of the First Circuit, State of Hawaii, commanding and requiring them to proceed no further in the above-entitled case.

DATED: Honolulu, Hawaii, _____DEC 16 2003_____.

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Auyong v. Berinobis/In re: Issuance of
Garnishee Summons to U.S. Internal Revenue Service
Civil No. 03-00629 SOM KSC
"Order Directing Clerk to Issue Writ of Certiorari"