2003V00215

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THEODORE G. MEEKER 1267
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: ted.meeker@usdoj.gov

Attorneys for Respondent
Internal Revenue Service

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2003

at 13 o'clock and 137 min. __ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

DEC 2 4 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GWEN E. AUYONG,<br><br>        Plaintiff,<br><br>   vs.<br><br>JASON K. BERINOBIS,<br><br>        Defendant.<br><hr>In re: Issuance of Garnishee<br>Summons to United States<br>Internal Revenue Service<br><br>        Respondent. | CIVIL NO. 03-00629 SOM KSC<br>(Civil No. 1RC03-1-4589 in<br> In the District Court of the<br> First Circuit, Ko'olaupoko<br> Division, State of Hawaii)<br><br>STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE; ORDER |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the parties

above-named, by and through their respective counsel undersigned,

pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure,

Exhibit "C"

that the above entitled action be dismissed without prejudice,
each party to bear its own costs.

DATED: _____12/17/03_____, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

_____        By _____ for
GWEN AUYONG                          THEODORE G. MEEKER
Plaintiff                            Assistant U.S. Attorney

                                    Attorneys for Respondent
                                    Internal Revenue Service


APPROVED AND SO ORDERED:


**SUSAN OKI MOLLWAY**
_____
UNITED STATES DISTRICT JUDGE




Auyong v. Berinobis/In re: Issuance of Garnishee
Summons to United States Internal Revenue Service
Civil No. 03-00629 SOM KSC
"Stipulation of Dismissal Without Prejudice; Order"