IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GWEN E. AUYONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JASON K. BERINOBIS,<br><br>　　　　Defendant.<br><br>In re: Issuance of Garnishee<br>Summons to United States<br>Internal Revenue Service<br><br>　　　　Respondent. | CIVIL NO.  03-00629 SOM KSC<br>(Civil No. 1RC03-1-4589 in<br>In the District Court of the<br>First Circuit, Ko'olaupoko<br>Division, State of Hawaii)<br><br><br>ORDERING REMANDING CASE BACK<br>TO THE DISTRICT COURT OF THE<br>FIRST CIRCUIT |

ORDER REMANDING CASE BACK TO THE
DISTRICT COURT OF THE FIRST CIRCUIT

　　WHEREAS, there was a "Stipulation of Dismissal Without Prejudice" filed on December 29, 2003 in this court;

　　WHEREAS, there is a valid judgment in 1RC03-1-4589 in the District Court of the First Circuit;

　　WHEREAS, the application of Plaintiff Gwen E. Auyong, for an order remanding the case from this Court back to the District Court of the First Circuit, requiring the Clerk and Court to transmit to the Clerk and Court of the District Court of the First Circuit the records of this Court having been filed and

4

this Court having considered the application and all the matters in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-entitled case is remanded to the First Circuit of the State of Hawaii, District Court, so that 1RC03-1-4589 may resume further action.

IT IS FURTHER ORDERED that the Clerk of Court is directed to send a certified copy of this remand order and to certify and transmit the record and pleadings of the above-entitled action to the District Court of the First Circuit pursuant to 28 U.S.C. § 1477. The Clerk of Court is also directed to send this order to Gwen A. Auyong.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____.

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

5