ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at 8 o'clock and 54 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GWEN E. AUYONG,<br><br>        Plaintiff,<br><br>   vs.<br><br>JASON K BERINOBIS,<br><br>        Defendant.<br>_____<br>In re: Issuance of Garnishees<br>Summons to the United States<br>Internal Revenue Service,<br><br>        Respondent.<br>_____ | CIVIL NO. 03-00629 SOM/KSC<br><br>ORDER DENYING APPLICATION TO REMAND CASE TO THE DISTRICT COURT OF THE FIRST CIRCUIT<br><br>(Civ. No. 1RC03-1-4589 in the District Court of the First Circuit, Ko`olaupoko Division) |

ORDER DENYING APPLICATION TO REMAND CASE
TO THE DISTRICT COURT OF THE FIRST CIRCUIT

On March 30, 2006, this court received Gwen Auyong's "Application By Plaintiff to Remand Case Back to the District Court of the First Circuit." The problem with Auyong's request is that, on December 29, 2003, this case was dismissed by stipulation. So long as this case is dismissed, there is nothing to remand to the state court. Accordingly, Auyong's remand request is denied.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 30, 2006

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE