# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

August 4, 2006

Office of the Clerk
District Court of the First Circuit
Ko'olaupoko Division
1111 Alakea Street
Honolulu HI 96813

RE:   Your Civil No. 1RC 03-1-4589
      Gwen E. Auyong vs. Jason K. Berinobis

Dear Sir or Madam Clerk:

I am returning the enclosed document that I believe was erroneously mailed to our Court. Although this case was removed to our Court in 2003 *(our Civil No. 03-00629SOM-KSC)*, the case was subsequently dismissed December 29, 2003 by stipulation of the parties.

Lastly, I would like to express my gratitude to Deputy Clerk "Cathy" who graciously assisted me when I phoned to query about the document. Although Cathy had suggested that the document be returned to plaintiff Auyong, I am returning the document to the return address as disclosed on the transmitting envelope.

Very truly yours,

SUE BEITIA, Clerk of Court

by: *[signature]*

Anna F. Chang
Deputy Clerk

encl.

EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION; NON-CONCLUSORY DECLARATION; ORDER; EXHIBIT(S); GARNISHEE SUMMONS; GARNISHEE INFORMATION;

TWO-SIDED FORM
Form #1DC29

IN THE DISTRICT COURT OF THE FIRST CIRCUIT
KO'OLAUPOKO DIVISION
STATE OF HAWAI'I

Plaintiff(s)
GWEN E. AUYONG

Defendant(s)
JASON K. BERINOBIS

Garnishee(s) (Name and Address)
DEPARTMENT OF EDUCATION
1390 MILLER ST., 3RD FL.
SUPERINTENDENT'S OFFICE
HONOLULU, HAWAII 96813

JUL 26  12 08 PM '06

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 0 2 2006
DISTRICT OF HAWAII

Reserved for Court Use
Paid By:
Rec #            $

Civil No. 1RC03-1-4589

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
GWEN E. AUYONG
46-255 KAHUHIPA STREET, A1202
KANEOHE, HAWAII 96744     247-9353

Copy of Judgment attached as Exhibit A

Current Amount Due: $ 6,670.02
(If this amount is different from the Judgment Amount, please attach separate sheet showing calculations as Exhibit B)

### EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

TO THE JUDGE OF THE ABOVE-ENTITLED COURT: Judgment Creditor(s) moves that a Garnishee Summons issue according to Law directed to the Garnishee(s) named above for:

☑ **WAGES** (including any salary, stipend, commissions, annuity or net income or portion of net income under a trust) payable to and/or earned by Judgment Debtor(s). JASON K. BERINOBIS

☑ **FUNDS/GOODS/EFFECTS/COMMISSIONS/COMPENSATION** as to Judgment Debtor(s). JASON K. BERINOBIS

If this is a garnishment for "funds" (other than wages) belonging to a Judgment Debtor(s) who is an individual and a Garnishee who is a financial institution, then the Non-Conclusory Declaration on the reverse side must be completed.

Date: 7/10/06

Signature of Filing Party(ies)/Filing Party(ies)' Attorney: Gwen Auyong
Print/Type Name: GWEN E. AUYONG

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, OR TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

GARNMIGS.2X (Amended 4/18/97)v

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the above Circuit, State of Hawai'i